No. 7.   JUNGERSEN *v.* OSTBY & BARTON CO. ET AL.;
No. 8.   OSTBY & BARTON CO. ET AL. *v.* JUNGERSEN; and

No. 48.  JUNGERSEN *v.* BADEN ET AL., 335 U. S. 560. Petition for reconsideration of order denying leave to file petition for rehearing denied.